**AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO

### JUDGMENT IN A CIVIL CASE

| | |
|---|---|
| **NEXT GENERATION WIRELESS, LTD.** : | |
| : | |
| **Plaintiff,** : | |
| : | Case No. 06-CV-838 |
| v. : | JUDGE ALGENON L. MARBLEY |
| : | Magistrate Judge Norah McCann King |
| **UNITED STATES OF AMERICA,** : | |
| : | |
| **Defendant.** : | |

[ ] **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

[ ] **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

[X] **Decision by Court.** This action was decided by the Court without a trial or hearing.

IT IS ORDERED AND ADJUDGED That the Court **GRANTS** Defendant's Motion for Summary Judgment pursuant to the August 28, 2008 Opinion and Order. This action is hereby DISMISSED.

Date: **August 28, 2008**               James Bonini, Clerk

                                        s/Betty L. Clark
                                        Betty L. Clark/Deputy Clerk